IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RAFEEQ AHMED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00421-O-BP |
| | § | |
| WEST COAST SERVICING, INC. and | § | |
| ASSET MANAGEMENT 19, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's pleading is self-executing such that he has dismissed this case and the **Clerk of Court** is hereby directed to administratively close this case pursuant to Plaintiff's request for dismissal.

**SO ORDERED** on this **6th day** of **July**, **2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE